### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **GUADALUPE ADAMS, Individually,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:15-CV-3273** |
| | ) | |
| **KICKAPOO CORNERS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SECOND MOTION FOR EXTENSION OF TIME TO RESPOND PLAINTIFF'S COMPLAINT

**COMES NOW** Defendant, Kickapoo Corners, LLC, by and through its attorneys of record, Carnahan, Evans, Cantwell & Brown, P.C., and for its Second Motion for Extension of Time to Respond to Plaintiff's Complaint, state as follows:

This case is preliminarily settled. The parties are in the process of working out the details of the preliminary settlement. Defendant therefore requests an additional 30 days up to and including September 8, 2015 to answer or otherwise respond to the Complaint. Defendant anticipates that the case will be dismissed with prejudice prior to that time. Plaintiff consents to the filing of this Motion.

**WHEREFORE**, Defendant respectfully requests that the Court grant its Second Motion for Extension of Time to Respond to Plaintiff's Complaint, up to and including September 8, 2015; and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ *Richard B. Maltby*
Richard B. Maltby
Missouri Bar No. 54003


CARNAHAN, EVANS, CANTWELL &
BROWN, P.C.
2805 S. Ingram Mill Road
Springfield, MO 65804
(417) 447- 4400 telephone
(417) 447- 4401 facsimile
Email: rmaltby@cecb.com
Attorneys for Defendant


## CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of the foregoing was filed with the Court via the ECF system and served upon Pete M. Monismith, attorney for Plaintiff, via U.S. Mail, on the 5th day of August, 2015.

*/s/ Richard B. Maltby*

_____
Attorney of Record


YSE/6402-002/574557.doc

2