UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:15-cv-3273 |
| KICKAPOO CORNERS, LLC | : |
| A Domestic Limited Liability Company | : |
| Defendant | : |
| _____/ | : |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Kickapoo Corners, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: August 25, 2015

By: _/s/ Pete M. Monismith___     By: _/s/ Richard B. Maltby

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Richard B. Maltby<br>CARNAHAN, EVANS, CANTWELL &<br>BROWN, P.C.<br>2805 S. Ingram Mill Road<br>Springfield, MO 65804<br>(417) 447- 4400 telephone<br>(417) 447- 4401 facsimile<br>Email: rmaltby@cecb.com<br>**Attorney for Defendant** |