IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:15-cv-03273-MDH |
| ) | |
| KICKAPOO CORNERS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the Stipulation of Dismissal filed by the parties in this matter (Doc. 10), and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned lawsuit is hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and fees, except as otherwise agreed in writing by the parties.

**IT IS SO ORDERED**.
Date: August 25, 2015

                               _/s/ Douglas Harpool_
                               **DOUGLAS HARPOOL**
                               **UNITED STATES DISTRICT JUDGE**